**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

___Western_____ District of _Texas_____
(State)

Case number (*If known*): _____ Chapter _11____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  ____BLACKBRUSH INVESTMENTS, LLC_____

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   83 – 38441390_

4. **Debtor's address**

   **Principal place of business**

   **21750 Hardy Oak Blvd. , Suite 104**

   **PMB614422**

   _____
   _ Number      Street

   ___San Antonio, TX 78258-4946_____
   _____
   _ City                State    ZIP Code

   _____
   _ County

   **Mailing address, if different from principal place of business**

   _____
   Number     Street

   _____
   P.O. Box

   _____
   City           State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number     Street

   _____
   
   _____
   City           State      ZIP Code

5. **Debtor's website** (URL)  _____

Debtor _____   Case number (if known)_____
          Name

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ❑ Partnership (excluding LLP)
   ❑ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ❑ Railroad (as defined in 11 U.S.C. § 101(44))
   ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ❑ X None of the above

   B. *Check all that apply:*

   ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ❑ Chapter 7
   ❑ Chapter 9
   ❑ X Chapter 11. *Check **all** that apply*:

       ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

       ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ❑ A plan is being filed with this petition.

       ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ❑ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ❑ X No
   ❑ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY
           District _____ When _____ Case number _____
                                          MM / DD / YYYY

Debtor _____  Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☐ **X** No <br><br> ☐ Yes.    Debtor _____    Relationship _____ <br>            District _____            When _____ <br>                                                                                           MM / DD / YYYY <br>            Case number, if known _____ | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ **X** Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ **X** No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                            Number      Street

                      _____
                    _____     _____ _____
                    City                                       State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

---

| **Statistical and administrative information** |
|---|

**13. Debtor's estimation of available funds**

Check one:

☐ **X** Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ **X** 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **3**

Debtor _____  Case number *(if known)*_____
      Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ **X** $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ **X** $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### ■ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/04/2025_____
              MM / DD / YYYY

✗ __/s/ Albert Dehoyos_____  ___Albert Dehoyos_____
   Signature of authorized representative of debtor       Printed name

Title _President_____

**18. Signature of attorney**

✗ ____J. Seth Moore_____  Date __03/04/2025_____
   Signature of attorney for debtor                                  MM / DD / YYYY

____J. Seth Moore
_____
Printed name

__Snell & Wilmer _____
Firm name

_2501 N Harwood Street, Suite 1850 Dallas, Texas 75201_____
Number    Street                                   State       ZIP Code
City

_ Contact phone  214-305-7320                  _ Email address semoore@swlaw.com

_24027522_____TX_____
Bar number                                           State

## CERTIFICATE OF CORPORATE RESOLUTION OF
## THE MEMBERS OF BLACKBRUSH INVESTMENTS, LLC

I, Albert DeHoyos, do hereby certify that I am a member and manager of Blackbrush Investments, LLC, a Texas limited liability company existing under and by virtue of the laws of the State of Texas.

I do further certify that the following is a true, full, and correct copy of resolutions duly adopted by the unanimous written consent of the members of Blackbrush Investments, LLC on or about March 4, 2025.

RESOLVED, that in the judgment of the members of Blackbrush Investments, LLC (the "Filing Entity"), it is desirable and in the best interests of the Filing Entity, its creditors, members and other interested parties that a voluntary petition for chapter 11 relief (the "Petition") be filed on behalf of the Filing Entity under the provisions of Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), for the Filing Entity for the purpose of reorganizing its financial affairs;

FURTHER RESOLVED, that Albert DeHoyos, the manager of Blackbrush Investments, LLC (to be referred to herein as the "Designated Officer") be, and hereby is authorized, directed and empowered on an individual basis, on behalf of and in the name of the Filing Entity (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the Western District of Texas and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents, (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including debtor in possession loan agreements and all first day motions and applications) necessary or desirable irt connection with the foregoing, and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officer may approve;

FURTHER RESOLVED, that the Designated Officer shall be, and he hereby is, authorized, directed and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that the law firm of Snell & Wilmer, be and they hereby are, authorized, empowered and directed to represent the Filing Entity, as debtor and debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

2764221 1vl 97080.002.00

FURTHER RESOLVED, that the Designated Officer be, and hereby is, authorized, directed and empowered to retain on behalf of the Filing Entity such other attorneys, financial advisors and accountants as the Designated Officer so acting shall deem appropriate in his judgment;

FURTHER RESOLVED, that the Designated Officer, be and, is hereby authorized, directed and empowered from time to time in the name and on behalf of the Filing Entity to take such actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as the Designated Officer may deem necessary, advisable or proper to carry out and perform the obligations of the Filing Entity under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall, with the advice of counsel, approve the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Filing Entity;

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officer of the Filing Entity, he is hereby authorized, directed and empowered, in the name and on behalf of the Filing Entity, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may, with the advice of counsel, consider necessary or appropriate to enable the Filing Entity to carry out the intent and to accomplish the purpose of the foregoing resolutions; and

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officer of the Filing Entity in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects.

I do further certify that said resolutions have not been altered, amended, or repealed, and are now in full force and effect.

27642211v1 97080.002.00

IN WITNESS WHEREOF, I have heretulto subscribed my name this 4th day of March, 2025.

Blackbrush Investments, LLC

By: Albert DeHoyos, member

STATE OF TEXAS

COUNTY OF __Midland__

SWORN TO AND SUBSCRIBED before me, a Notary Public for the state and county aforesaid, on this __4__ day of March, 2025.

Notary Public

KATY KUYKENDALL
My Notary ID # 128737009
Expires July 26, 2027

27642212v1 97080.002.00